UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MONICA GERALDINE LEGUIZAMON TORRES,

Petitioner,

v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; et al.,

Respondents.

Case No.: 26-cv-4603-BJC-JAC

**ORDER SETTING BRIEF SCHEDULE**

**[ECF No. 1]**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: August 28, 2026

Honorable Benjamin J. Cheeks
United States District Judge